AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Charles Abbott, individually and as Personal
Representative of the Estate of Joyce G. Abbott,
     *Plaintiff*
        v.
Orangeburg County Sheriff's Department,
Deputy David McRoy, individually and as an
employee of the Orangeburg County
Sheriff's Department, and Ashley Jamison,
     *Defendants*

Civil Action No.     5:14-205-JMC

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff shall take nothing as to the 42 U.S.C. §1983 cause of action and Intentional Infliction of Emotional Distress and these claims are dismissed with prejudice. The parties having consented to the dismissal of defendant McRoy it is further ordered and adjudged that this action is dismissed with prejudice as to this named defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding. The Court having entered a consent order of dismissal as to the plaintiff's 42 U.S.C. § 1983 cause of action and Intentional Infliction of Emotional Distress and dismissing defendant McRoy.

Date:  March 7, 2014

*CLERK OF COURT*

s/Angie Snipes

*Signature of Clerk or Deputy Clerk*